IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) | Civil Action No.  1:22-cv-00142-MWM |
| v. | ) ) | |
| RESOURCE BIOLOGICS, LLC, a Delaware limited liability company, | ) ) ) | |
| Defendant. | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff in this action, Progressive Health and Rehab Corp., by and through its undersigned counsel, hereby dismisses this action without prejudice.

Respectfully submitted,

PROGRESSIVE HEALTH AND REHAB CORP.,
individually and as the representative of a class of similarly-situated persons,

/s/ Matthew E. Stubbs
MATTHEW E. STUBBS
MONTGOMERY JONSON LLP
600 Vine Street, Suite 2650
Cincinnati, OH  45202
Phone: (513) 241-4722 / Fax: (513) 768-9227
Email: mstubbs@mojolaw.com

Ryan M. Kelly (*pro hac vice admitted*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Phone:  (847) 368-1500 / Fax:  (847) 368-1501
Email: rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ *Matthew E. Stubbs*